

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00251-CV

**WEBB COUNTY**,
Appellant

v.

**KHALEDI PROPERTIES**, **LTD.**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2010CVT001589 D2
Honorable Larry Noll, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's March 26, 2012 order on Webb County's plea to the jurisdiction is REVERSED and judgment is RENDERED dismissing Khaledi Properties, Ltd.'s cause against Webb County for want of jurisdiction.

We ORDER appellant, Webb County, recover its costs of this appeal from appellee Khaledi Properties, Ltd.

SIGNED July 24, 2013.

_____
Luz Elena D. Chapa, Justice